# Court of Appeals
# of the State of Georgia

ATLANTA,  April 03, 2014

*The Court of Appeals hereby passes the following order:*

## A14D0262.  DEWAYNE MEADOWS v. THE STATE.

Dewayne Meadows was found guilty of multiple offenses, including two counts of obstruction, two counts of terroristic threats, and one count of escape, and Meadows appealed.  In *Meadows v. State*, 303 Ga. App. 40 (692 SE2d 708) (2010), this Court affirmed Meadows's conviction as to the first four offenses, but found the evidence insufficient to support the conviction for escape.  On October 5, 2012, the trial court entered an amended sentence following remand.  On January 13, 2013, Meadows filed a document titled "Motion to Dismiss the Above Indictment for Substantial Showing of Constitutional Violations and Actual Innocence Claim," which was docketed as an application for discretionary appeal.[1]

Pretermitting the appealability of any issue in Meadows's application, we lack jurisdiction to consider the matter.  An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Here, the only order included with the application is the amended sentence, which was entered on October 5, 2012.

---

[1] Meadows filed the document in the Supreme Court, which transferred the matter to this Court.

Accordingly, Meadows's application, which was filed 465 days later, is untimely. This application is thus DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __04/03/2014__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*